UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    *Plaintiff,*<br><br>-against-<br><br>CORPORATIONS FOR CHARACTER, L.C., FAMILY FILMS OF UTAH, INC., FEATURE FILMS FOR FAMILIES, INC., FORREST SANDUSKY BAKER III, REKAB SUDSKANY, L.C., REKAB TSERROF, L.C., and STEPPING STONES ENTERTAINMENT, LLC,<br><br>                                    *Defendants.* | 1:14-cv-04795-JG-VMS<br><br>**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(a)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**PLEASE TAKE NOTICE** that the parties, by their attorneys, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice and without costs to any party.

Dated: October 17, 2014

    *s/ Todd C. Bank*                                                                       
TODD C. BANK                                                   RUSSELL D. HARRIS
119-40 Union Turnpike                             5286 S Commerce Drive
Fourth Floor                                                            Suite A-136
Kew Gardens, New York 11415               Murray, Utah 84107
(718) 520-7125                                             (801) 284-7286

*Plaintiff* Pro Se                                                *Counsel to Defendant*